SHAWMUT BANK CONNECTICUT, N.A. *v.* FRANK D. GIVEN ET AL.
(14337)

Dupont, C. J., and Lavery and Schaller, Js.

Submitted on briefs November 3—decision released November 28, 1995

*Joseph Chiarelli* filed a brief for the appellants (named defendant et al.).

*Linda Clifford Hadley* filed a brief for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.